# Court of Appeals
# of the State of Georgia

ATLANTA,  June 29, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0056.  GIBSON v. GIBSON.**

Upon consideration of this emergency motion, the same is hereby GRANTED. Tyrese Gibson has until August 5, 2023 to file an application for discretionary review with this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/29/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*